■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED DAVIS, Appellant. [853 NYS2d 896]—

The trial court did not err in finding that the complainant's statements on a recording of his telephone call to the 911 emergency number were excited utterances and therefore admissible (*see People v Johnson,* 1 NY3d 302, 306 [2003]; *People v Gantt,* 48 AD3d 59 [2007]; *People v Blackman,* 13 AD3d 640, 641 [2004]; *People v Prashad,* 297 AD2d 352 [2002]; *cf. People v Carroll,* 95 NY2d 375, 385 [2000]; *People v Vasquez,* 88 NY2d 561, 579 [1996]). Fisher, J.P., Dillon, McCarthy and Belen, JJ., concur.